# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA KENNEDY,**

      **Plaintiff,**

v.                                                                Case No:   6:16-cv-2128-Orl-22KRS

**SKYVIEW PLAZA, LLC, PB & PL PIZZA, INC., LILY'S BEACHSIDE DINER, LLC., SUNSHINE NAILS ON THE BEACH , INC., TAMMY TRAN, BLUE DOG GROUP, INC. and THE FINAL D, INC.,**

      **Defendants.**

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 25) filed on January 26, 2017. The United States Magistrate Judge recommends that the case be severed into six separate lawsuits and that the Plaintiff pay a separate filing fee for each suit.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 26, 2017, (Doc. No.25), is ADOPTED and CONFIRMED and made a part of this Order.

2. The claims of Plaintiff asserted jointly against Skyview Plaza, LLC, and PB & PL Pizza, Inc. shall remain in the instant case.  No later than March 1, 2017, Plaintiff shall file an Amended Complaint alleging only her joint claims against Skyview Plaza, LLC, and PB & PL Pizza, Inc.

3. Plaintiff's claims against the remaining defendants are hereby severed. The Clerk is directed to terminate the remaining defendants as parties to this action.

4. No later than March 1, 2017, Plaintiff is given leave to file separate actions against the severed defendants as set forth in the Report and Recommendation (Doc. No. 25, §IV.,(3)). A filing fee shall be paid for each new case.

5. All cases filed pursuant to paragraph 4 of this Order shall be assigned to the undersigned judge and to Magistrate Judge Karla R. Spaulding. At the time each new case is filed, Plaintiff's counsel shall provide the Clerk with a copy of this Order and shall notify the Clerk that, pursuant to this Order, the case is to be assigned to the undersigned judge and Magistrate Judge Spaulding.

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties